Motion is GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:10-00050 |
| | ) | JUDGE TRAUGER |
| **TRAVIS FREY** | ) | |

## MOTION FOR PERMISSION TO TRAVEL TO BAHAMAS

Through counsel, supervisee Travis Frey requests permission to travel on a cruise to the Bahamas in September. U.S. Probation Officer Lisa House supervises Mr. Frey and has no opposition to this request.

In support of this motion, Mr. Frey would show the following:

1. Mr. Frey is serving a three year term of supervised release which began on November 16, 2012. He is employed as a truck driver and has complied with the conditions of supervised release.[1]

2. Mr. Frey and his fiancee planned to get married this fall. In anticipation of the wedding, Mr. Frey's fiancee's family purchased them a surprise honeymoon cruise from Fort Lauderdale to the Bahamas from September 27-October 4, 2014. Unexpectedly, Mr. Frey and his fiancee had to delay the date of the wedding until 2015, but they would like to proceed with the cruise as scheduled.

3. U.S. Probation Officer Lisa House advises that per office policy, she cannot grant permission for out-of-country travel, but she has no opposition to this request. The government has been informed of this request as well and has not indicated any position on it.

For the reasons stated above, Mr. Frey asks the Court for permission to take a cruise from Fort Lauderdale to the Bahamas.

---

[1] As reflected in Report on Offender (D.E. 60), in an unusual sequence of events, Mr. Frey was injured at his job and unable to work and subsequently arrested on a contempt charge related to child support. Mr. Frey is released on bond and has an October 7 court date. He currently pays $800 per month in child support.